UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROBERT MCKENNY, </br></br>      Plaintiff, </br></br>  v. </br></br>SOMERSET COUNTY JAIL, </br>et al., </br></br>      Defendants. | 1:12-cv-00342-JAW |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed December 18, 2012, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint (ECF No. 1) be and hereby is dismissed without prejudice for Plaintiff's failure to prosecute this action.

SO ORDERED.

          /s/ John A. Woodcock, Jr.
          JOHN A. WOODCOCK, JR.
          CHIEF UNITED STATES DISTRICT JUDGE

Dated this 15th day of January, 2013